**Linda V. SCHULTZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3023.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2009.

### ON MOTION

### *ORDER*

Petitioner moves for reconsideration of the court's December 31, 2008 order dismissing her petition for review for failure to file a brief.

Petitioner has now filed the brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 31, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before February 4, 2009.